### 13001.   WATKINS *v.* MATHIS.

JENKINS, P. J.   The hundred dollars alleged to have been expended for the defendant, at his instance and by his request, in the purchase of a written option constituted a valid claim. . The evidence in his behalf, as set forth by the answer of the magistrate, fully authorized a

judgment in his favor, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Stephens and Hill, JJ., concur.*
                     DECIDED JUNE 14, 1922.

Certiorari; from Floyd superior court — Judge Wright. October 4, 1921.

*F. W. Copeland,* for plaintiff in error. *Porter & Mebane,* contra.

*Judgment affirmed. Stephens and Hill, JJ., concur.*
                     DECIDED JUNE 14, 1922.